In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against ALFRED TIMEN, Doing Business under the Name of BARBIZON PLAZA PHARMACY, Appellant, Impleaded with Another.

Reported below, 264 App. Div. 120.
Submitted October 5, 1942; decided October 15, 1942.

*Daniel Kornblum* for motion.

*Sol A. Herzog*, opposed.

Motion granted to the following extent: Appeal dismissed, with costs and ten dollars costs of motion unless appellant serves and files case on appeal and pays ten dollars costs on or before October 26, 1942, in which event the motion is denied.